**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **Vitamin Energy, Inc.**<br><br>Plaintiff,<br><br>vs.<br><br>**Manoj Bhargava, Living Essentials, LLC, International IP Holdings, LLC, Innovation Ventures, LLC,**<br><br>Defendants. | **Case No. 2:24-cv-13125-JJCG-EAS**<br><br>**Hon. Jonathan J.C. Grey**<br><br>**Magistrate Judge: Elizabeth A. Stafford**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION FOR STATUS CONFERENCE REGARDING PLAINTIFF'S MOTION FOR RELIEF UNDER FED. R. CIV. P. 59(e) AND 60(b)(1)–(2)**

Pursuant to the Court's Practice Guidelines, and in order to promote the just, speedy, and economical disposition of this case, Plaintiff Vitamin Energy, Inc. ("Vitamin Energy") requests a status conference with the Court to discuss its Motion for Relief Under Fed. R. Civ. P. 59(e) and 60(b)(1)–(2) [Dkt. 30] ("Motion for Relief").

On September 12, 2025, Vitamin Energy filed its Motion for Relief. On September 26, 2025, Defendants Manoj Bhargava, Living Essentials, LLC, International IP Holdings, LLC, and Innovation Ventures, LLC ("Defendants") filed their Response to the Motion [Dkt. 33]. On October 3, 2025, Vitamin Energy filed its Reply to Defendants' Response to the Motion [Dkt. 35]. The Motion for Relief has been fully briefed for almost nine months. Recently, Vitamin Energy's counsel has contacted the Court by telephone to inquire as to the status of the Motion for Relief. To date, Vitamin Energy has not received any notification from the Court concerning the Motion for Relief.

Vitamin Energy requests a status conference with the Court to facilitate the administration of this case and to address the status of the Motion for Relief. It is Vitamin Energy's wish to move forward to the next stage in this case. To this end, Vitamin Energy seeks the Court's guidance on the proper way to do this and requests a status conference with the Court—in person or remotely—at a time of the Court's choosing.

Pursuant to Local Rule 7.1, the undersigned emailed counsel for Defendants to seek concurrence in this motion on June 1, 2026, but no response was received.

Respectfully submitted,

Dated: June 2, 2026

**EVIA LAW PLC**

/s/ Steven Susser
Steven Susser
231 S. Old Woodward, Suite 220
Birmingham, MI 48009
248.243.1201
steven@evialaw.com

*Attorney for Plaintiff*