**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **Vitamin Energy, Inc.**<br><br>Plaintiff,<br><br>vs.<br><br>**Manoj Bhargava, Living Essentials, LLC, International IP Holdings, LLC, Innovation Ventures, LLC,**<br><br>Defendants. | **Case No. 2:24-cv-13125-JJCG-EAS**<br><br>Hon. Jonathan J.C. Grey<br>Maj. Elizabeth A. Stafford |

**PLAINTIFF'S NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE SIXTH CIRCUIT**

Notice is hereby given that plaintiff Vitamin Energy, Inc. appeals to the United States Court of Appeals for the Sixth Circuit from the Order and Judgment of the United States District Court, Eastern District of Michigan entered on August 29, 2025 at ECF Nos. 28 and 29, granting Defendants' Motion to Dismiss in favor of Defendants and against Plaintiff; and from the Opinion and Order of the United States District Court, Eastern District of Michigan entered on August 21, 2026 at ECF No. 37, Denying Plaintiff's Motion for Relief of Judgement; and from all findings, rulings, determinations, conclusions, orders, opinions and decisions leading thereto or merged or incorporated therein.

Dated: September 9, 2026

Respectfully submitted,

**EVIA LAW PLC**

/s/Steven Susser
Steven Susser (P52940)
Jessica Fleetham (P81038)
231 S Old Woodward
Suite 220
Birmingham, MI 48009
248.243.1201
jessica@evialaw.com
steven@evialaw.com

*Attorneys for Plaintiff*