UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Vitamin Energy, Inc.,

Plaintiff(s),

v.

Case No. 2:24−cv−13125−JJCG−EAS
Hon. Jonathan J.C. Grey

Manoj Bhargava, et al.,

Defendant(s).

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

United States Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
100 East Fifth Street, Fifth Floor
Cincinnati, OH 45202−3988

and all interested parties, by electronic means or first class U.S. mail, on September 9, 2026.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ N Grantham
Deputy Clerk

Dated: September 9, 2026