**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**VITAMIN ENERGY, INC.**

Plaintiff,

**v.**

**MANOJ BHARGAVA, LIVING ESSENTIALS, LLC, INTERNATIONAL IP HOLDINGS, LLC, INNOVATION VENTURES, LLC**

Defendants.

Case No. 2:24-cv-13125-JJCG-EAS

Judge Jonathan J.C. Grey

Magistrate Judge Elizabeth A. Stafford

---

## APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE THAT ATTORNEY Matthew L. Powell of Oakland Lawyers Group, PLLC, has this day entered his appearance on behalf of Defendants, Manoj Bhargava, Living Essentials, LLC, International IP Holdings, LLC, and Innovation Ventures, LLC, in the above-entitled action. The undersigned requests electronic notice at mpowell@oaklandlawyersgroup.com of all papers served or required to be served in this case. Please take further notice that this Appearance and request for electronic service shall not be deemed or construed to be a waiver of any rights.

Dated: October 29, 2026

**Respectfully submitted,**

By: *[/s/ Matthew L. Powell]*
Matthew L. Powell (P69186)

Oakland Lawyers Group PLLC
38955 Hills Tech Drive
Farmington Hills, MI 48331
(248) 560-0198
mpowell@oaklandlawyersgroup.com
*Counsel for Manoj Bhargava, Living Essentials, LLC, International IP Holdings, LLC, and Innovation Ventures, LLC.*