**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**VITAMIN ENERGY, INC.**

Plaintiff,

**v.**

**MANOJ BHARGAVA, LIVING ESSENTIALS, LLC, INTERNATIONAL IP HOLDINGS, LLC, INNOVATION VENTURES, LLC**

Defendants.

Case No. 2:24-cv-13125-JJCG-EAS

Judge Jonathan J.C. Grey
Magistrate Judge Elizabeth A. Stafford

*JURY TRIAL DEMANDED*

**BROOKS KUSHMAN P.C.'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS MANOJ BHARGAVA, LIVING ESSENTIALS, LLC, INTERNATIONAL IP HOLDINGS, LLC, AND INNOVATION VENTURES, LLC**

Brooks Kushman P.C. and its attorneys Marc Lorelli, Thomas W. Cunningham, Chelsea E. Pasquali, Christopher C. Smith, and Francesca M. Cusumano (collectively, "Brooks Kushman") move under E.D. Mich. LR 83.25(b)(2) for an order permitting Brooks Kushman to withdraw as counsel of record for Defendants Manoj Bhargava, Living Essentials, LLC, International IP Holdings, LLC, and Innovation Ventures, LLC (collectively, "Defendants"). In support, Brooks Kushman states:

1. Brooks Kushman has appeared as counsel of record for Defendants in this action.

2. Defendants have retained Oakland Lawyers Group, PLLC, including attorney Matthew Powell, to represent them in this action. On October 29, 2026, Matthew L. Powell of Oakland Lawyers Group, PLLC filed an appearance on behalf of all Defendants. (ECF No. 41.)

3. Defendants have been informed of this motion and consent to Brooks Kushman's withdrawal.

4. Because Oakland Lawyers Group, PLLC has appeared for Defendants, Brooks Kushman's withdrawal will not leave Defendants without counsel, prejudice any party, or delay these proceedings. Brooks Kushman does not request any change to the schedule, and it will cooperate with Oakland Lawyers Group, PLLC to ensure an orderly transition, including the transfer of the case file.

5. Under E.D. Mich. LR 7.1(a), on October 30, 2026, undersigned counsel conferred by email with Jessica Fleetham, counsel for Plaintiff Vitamin Energy, Inc., and on October 28, 2026 with Matthew Powell of Oakland Lawyers Group, PLLC, successor counsel for Manoj Bhargava, Living Essentials, LLC, International IP Holdings, LLC, and Innovation Ventures, LLC Defendants' successor counsel, via email, regarding the nature of this motion and, relief requested, and requesting concurrence. All parties concur in the relief requested.

For these reasons and those stated in the accompanying brief, Brooks Kushman respectfully requests that the Court enter the proposed order permitting Brooks Kushman P.C., Marc Lorelli, Thomas W. Cunningham, Chelsea E. Pasquali, Christopher C. Smith, and Francesca M. Cusumano to withdraw as counsel for Defendants and directing the Clerk to terminate their appearances.

Respectfully submitted,

**BROOKS KUSHMAN P.C.**

Dated: October 30, 2026

/s/ *Chelsea E. Pasquali*

Marc Lorelli (P63156)
Thomas W. Cunningham (P57899)
Chelsea E. Pasquali (P77375)
Christopher C. Smith (P73936)
Francesca M. Cusumano (P85410)
150 W. Second St., Suite 400N
Royal Oak, Michigan 48067-3846

Telephone: (248) 358-4400
Facsimile: (248) 358-3351
Email: mlorelli@brookskushman.com
tcunningham@brookskushman.com
cpasquali@brookskushman.com
csmith@brookskushman.com
fcusumano@brookskushman.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**VITAMIN ENERGY, INC.**

Plaintiff,

**v.**

**MANOJ BHARGAVA, LIVING ESSENTIALS, LLC, INTERNATIONAL IP HOLDINGS, LLC, INNOVATION VENTURES, LLC**

Defendants.

Case No. 2:24-cv-13125-JJCG-EAS

Judge Jonathan J.C. Grey
Magistrate Judge Elizabeth A. Stafford

*JURY TRIAL DEMANDED*

**BRIEF IN SUPPORT OF BROOKS KUSHMAN P.C.'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS MANOJ BHARGAVA, LIVING ESSENTIALS, LLC, INTERNATIONAL IP HOLDINGS, LLC, AND INNOVATION VENTURES, LLC**

## STATEMENT OF THE ISSUE PRESENTED

Should the Court permit Brooks Kushman P.C. to withdraw as counsel of record for Defendants, where Defendants consent, successor counsel has already appeared, and withdrawal will not prejudice any party?

Plaintiff and Defendants answer: Yes.

## CONTROLLING OR MOST APPROPRIATE AUTHORITY

E.D. Mich. LR 83.25(b)(2)
E.D. Mich. LR 83.22(b)
Mich. Rules of Prof'l Conduct 1.16(b), (d)

## ARGUMENT

An attorney who has appeared in this Court "may withdraw or be substituted for only on order of the Court." E.D. Mich. LR 83.25(b)(2). Rule 1.16(b) permits a lawyer to withdraw where withdrawal can be accomplished without material adverse effect on the interests of the client. Rule 1.16(d) requires the withdrawing lawyer to take reasonable steps to protect the client's interests.

Those standards are met. All parties consent to Brooks Kushman's withdrawal. Defendants have retained Oakland Lawyers Group, PLLC to represent them going forward. Because successor counsel has already appeared on Defendants' behalf (ECF No. 41), Defendants will not be without representation at any point. Withdrawal will not delay the proceedings or prejudice any party. Brooks Kushman has informed Defendants of this motion and will cooperate with successor counsel to ensure an orderly transition.

Accordingly, Brooks Kushman respectfully requests that the Court grant this motion and enter the proposed order.

Respectfully submitted,

**BROOKS KUSHMAN P.C.**

Dated: October 30, 2026

/s/ Chelsea E. Pasquali
Marc Lorelli (P63156)
Thomas W. Cunningham (P57899)
Chelsea E. Pasquali (P77375)

Christopher C. Smith (P73936)
Francesca M. Cusumano (P85410)
150 W. Second St., Suite 400N
Royal Oak, Michigan 48067-3846
Telephone: (248) 358-4400
Facsimile: (248) 358-3351
Email: mlorelli@brookskushman.com
tcunningham@brookskushman.com
cpasquali@brookskushman.com
csmith@brookskushman.com
fcusumano@brookskushman.com

*Attorneys for Defendants*