**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| VITAMIN ENERGY, INC.,<br><br>v.<br><br>MANOJ BHARGAVA, LIVING ESSENTIALS, LLC, INTERNATIONAL IP HOLDINGS, LLC, INNOVATION VENTURES, LLC | Case No. 24-cv-13125<br><br>Jonathan J. C. Grey<br>United States District Judge<br><br>Elizabeth A. Stafford<br>United States Magistrate Judge |

**ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW COUNSEL (ECF No. 42)**

This matter is before this Court on Defendants Manoj Bhargava, Living Essentials, LLC, International IP Holdings, LLC, and Innovation Ventures, LLC's motion to withdraw counsel. (ECF No. 42.) Defendants seek to withdraw Marc Lorelli, Thomas W. Cunningham, Chelsea E. Pasquali, Christopher C. Smith, and Francesca M. Cusumano of Brooks Kushman P.C. as counsel of record. For the reasons set forth in the motion, the Court finds that good cause exists to remove them as counsel of record for Defendants in this case. Defendants will continue to be represented by Matthew L. Powell of Oakland Lawyers Group, PLLC.

**IT IS ORDERED** that Defendants' motion to withdraw counsel (ECF No. 42) is **GRANTED** and Marc Lorelli, Thomas W. Cunningham, Chelsea E. Pasquali, Christopher C. Smith, and Francesca M. Cusumano are **ORDERED TERMINATED** as counsel for Defendants.

**SO ORDERED.**

s/Jonathan J.C. Grey
Hon. Jonathan J.C. Grey
United States District Judge

Date: November 2, 2026

**Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 2, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager